# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NDR PACIFIC, INC., a California corporation,<br><br>    Plaintiff and Cross-Defendant,<br><br>v.<br><br>HUMANA INC., a Delaware corporation; HUMANA INSURANCE COMPANY, a Wisconsin corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants and Cross-Complainants. | Case No. 8:17-cv-01804-AG-JDE<br><br>[Consolidated for purposes of discovery only with Case No. 8:17-cv-01801-AG-JDE and Case No. 8:17-cv-01807-AG-JDE]<br><br>**ORDER RE STIPULATION FOR DISMISSAL *WITH PREJUDICE* [FED. R. CIV. P. RULE 41(a)]**<br><br>Complaint Filed: May 15, 2017<br><br>Trial Date: February 26, 2019 |

# ORDER

Pursuant to the Stipulation of the parties, and good cause showing, it is ordered by and between the parties to this action through their designated counsel that the above-captioned action, including the Complaint, Amended Complaint, Second Amended Complaint, against all defendants, including former defendant Humana Health Plan of California, Inc., and the Counterclaim and Amended Counterclaim, be and hereby are dismissed ***with prejudice*** pursuant to Federal Rules of Civil Procedure Rule 41(a).

**IT IS SO ORDERED.**

Dated: _August 28, 2018_____

HON. ANDREW J. GUILFORD
United States District Court Judge